IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAINDANCE TECHNOLOGIES, INC. and THE UNIVERSITY OF CHICAGO, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 15-152-RGA ) |
| 10X GENOMICS, INC., | ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 17th day of January, 2017, **10X GENOMICS, INC.'S RESPONSES AND OBJECTIONS TO RAINDANCE TECHNOLOGIES, INC. AND THE UNIVERSITY OF CHICAGO'S FIRST NOTICE OF DEPOSITION OF 10X GENOMICS, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)** was served upon the following counsel of record at the address and in the manner indicated:

Jack B. Blumenfeld, Esquire                                                                VIA ELECTRONIC MAIL
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19801


Edward R. Reines, Esquire                                                                VIA ELECTRONIC MAIL
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

|  |  |
|---|---|
| *Of Counsel:* | ASHBY & GEDDES |
|  | */s/ Andrew C. Mayo* |
|  | ──────────────────────── |
|  | Steven J. Balick (#2114) |
|  | Tiffany Geyer Lydon (#3950) |
| David I. Gindler | Andrew C. Mayo (#5207) |
| Andrei Iancu | 500 Delaware Avenue |
| Lauren Nicole Drake | P.O. Box 1150 |
| Elizabeth Chenyi Tuan | Wilmington, DE 19899 |
| IRELL & MANELLA LLP | (302) 654-1888 |
| 1800 Avenue of the Stars, Suite 900 | sbalick@ashby-geddes.com |
| Los Angeles, CA 90067 | tlydon@ashby-geddes.com |
| (310) 277-1010 | amayo@ashby-geddes.com |
|  |  |
| Dennis J. Courtney | *Attorneys for Defendant 10X Genomics, Inc.* |
| Irell & Manella LLP |  |
| 840 Newport Center Drive, Suite 400 |  |
| Newport Beach, CA 92660-6324 |  |
| (949) 760-0991 |  |

Dated: January 17, 2017