IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAINDANCE TECHNOLOGIES, INC. and THE UNIVERSITY OF CHICAGO<br><br>Plaintiffs,<br><br>v.<br><br>10X GENOMICS, INC.,<br><br>Defendant. | C.A. No. 15-cv-152 (RGA) |

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW the appearance of Morris, Nichols, Arsht & Tunnell LLP and its attorneys as Counsel for Plaintiffs and enter the appearances of Brian E. Farnan and Michael J. Farnan of Farnan LLP as counsel of record.

Dated: February 17, 2017                    Respectfully submitted,

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | FARNAN LLP |
|---|---|
| /s/ Karen Jacobs | /s/ Brian E. Farnan |
| Jack B. Blumenfeld (#1014) | Brian E. Farnan (Bar. No. 4089) |
| Karen Jacobs (#2881) | Michael J. Farnan (Bar No. 5165) |
| 1201 North Market Street | 919 North Market Street, 12th Floor |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 777-0300 |
| (302) 658-9200 | (302) 777-0301 (Fax) |
| jblumenfeld@mnat.com | bfarnan@farnanlaw.com |
| Kjacobs@mnat.com | mfarnan@farnanlaw.com |