# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAINDANCE TECHNOLOGIES, INC. and THE UNIVERSITY OF CHICAGO, <br><br> Plaintiffs, <br><br> v. <br><br> 10X GENOMICS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 15-152-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 3, 2017, true and correct copies of 10X Genomics, Inc.'s Notices of Subpoena directed to (1) Annette Tumolo, (2) Helen Song, (3) Jeremy Agresti, (4) Keith Brown, (5) Joshua David Tice, (6) Mark DiPanfilo, (7) Rustem Ismagilov, (8) Viresh Patel, and (9) Lewis Spencer Roach were served on the following counsel in the manner indicated:

**VIA EMAIL**
Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

**VIA EMAIL**
Edward R. Reines
Derek C. Walter
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000
raindance10xservice@weil.com

2

| | |
|---|---|
| *Of Counsel:* | */s/ Jason J. Rawnsley* |
| | Frederick L. Cottrell, III (#2555) |
| David I. Gindler | Jason J. Rawnsley (#5379) |
| Andrei Iancu | RICHARDS, LAYTON & FINGER, P.A. |
| Lauren Nicole Drake | 920 North King Street |
| Elizabeth Chenyi Tuan | Wilmington, DE 19801 |
| IRELL & MANELLA LLP | (302) 651-7700 |
| 1800 Avenue of the Stars, Suite 900 | cottrell@rlf.com |
| Los Angeles, CA  90067 | rawnsley@rlf.com |
| (310) 277-1010 | |
| | *Attorneys for Defendant* |
| Michael H. Strub | *10X Genomics, Inc.* |
| Dennis J. Courtney | |
| IRELL & MANELLA LLP | |
| 840 Newport Center Drive, Suite 400 | |
| Newport Beach, CA  92660 | |
| (949) 760-0991 | |

Dated: April 3, 2017