# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAINDANCE TECHNOLOGIES, INC. and THE UNIVERSITY OF CHICAGO, | ) ) ) |
| Plaintiffs, | ) C.A. No. 15-152 (RGA) |
| v. | ) ) ) |
| 10X GENOMICS, INC., | ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 5, 2017, a copy of RainDance Technologies, Inc. and The University of Chicago's Third Set of Interrogatories to 10x Genomics, Inc. was served on the following as indicated:

Via E-Mail
Frederick L. Cottrell, III
Jason J. Rawnsley
RICHARDS, LAYTON&FINGER, P.A.
920 North King Street
Wilmington, DE 19801
cottrell@rlf.com
rawnsley@rlf.com

*Attorneys for Defendant*

Via E-Mail
David I. Gindler
Andrei Iancu
Lauren Nicole Drake
Elizabeth Chenyi Tuan
Dennis J. Courtney
IRELL &MANELLA LLP
10XRainDance@irell.com

*Attorneys for Defendant*

| | |
|---|---|
| Dated: April 5, 2017 | Respectfully submitted,<br><br>FARNAN LLP<br><br>/s/ Brian E. Farnan<br>Joseph J. Farnan, Jr. (Bar No. 100245)<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br>Fax: (302) 777-0301<br>farnan@farnanlaw.com<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>Edward R. Reines (admitted *pro hac vice*)<br>Derek C. Walter (admitted *pro hac vice*)<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065<br>(650) 802-3000<br><br>*Attorneys for Plaintiffs* |