# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIO-RAD LABORATORIES, INC. and<br>THE UNIVERSITY OF CHICAGO,<br><br>Plaintiffs,<br><br>v.<br><br>10X GENOMICS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 15-152-(RGA) |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs, by and through its undersigned counsel, hereby move for summary judgment on Defendant's infringement of U.S. Patent No. 8,329,407 and no invalidity of U.S. Patent No. 8,889,083.  The grounds for this Motion are set forth in the opening brief filed concurrently herewith.


Dated: November 20, 2017

Respectfully submitted,

Farnan LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: 302-777-0300
Facsimile: 302-777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Edward R. Reines (admitted *pro hac vice*)
Derek C. Walter (admitted *pro hac vice*)
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

edward.reines@weil.com
derek.walter@weil.com

*Attorneys for Plaintiffs*