IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIO-RAD LABORATORIES, INC. and THE UNIVERSITY OF CHICAGO,<br><br>          Plaintiffs,<br><br>       v.<br><br>10X GENOMICS, INC.,<br><br>          Defendant. | C.A. No. 15-152-RGA |

## 10X GENOMICS, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY

PURSUANT TO Fed. R. Civ. P. 56, 10X Genomics, Inc. ("10X") hereby moves the Court for an order, substantially in the form attached hereto, granting summary judgment in favor of 10X that (1) the Accused Products do not infringe the asserted claims of U.S. Patent No. 8,889,083; (2) the Accused Products do not infringe the asserted claims of U.S. Patent No. 8,822,148; (3) the Accused Products do not infringe the asserted claims of U.S. Patent No. 7,129,091, and (4) U.S. Patent Application Publication No. 2002/0058332 anticipates claim 1 of U.S. Patent No. 8,329,407.

The grounds for this motion are set forth in 10X's opening brief in support of this motion and the Declaration of Jason J. Rawnsley and exhibits thereto, filed contemporaneously.

<table>
<tr><td>

*Of Counsel*:

David I. Gindler (dgindler@irell.com)
Andrei Iancu (aiancu@irell.com)
Alan J. Heinrich (aheinrich@irell.com)
Lauren N. Drake (ldrake@irell.com)
Elizabeth C. Tuan (etuan@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
(310) 277-1010

Michael H. Strub, Jr. (mstrub@irell.com)
Dennis J. Courtney (dcourtney@irell.com)
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
(949) 760-0991

Dated: November 20, 2017

</td><td>

*/s/ Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
Jason J. Rawnsley (#5379)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
rawnsley@rlf.com

*Attorneys for 10X Genomics, Inc.*

</td></tr>
</table>