IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIO-RAD LABORATORIES, INC. and THE UNIVERSITY OF CHICAGO,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>10X GENOMICS, INC.,<br><br>　　　　　　Defendant. | C.A. No. 15-152-RGA |

# [PROPOSED] ORDER

WHEREAS, the defendant, 10X Genomics, Inc. ("10X"), having moved the Court for summary judgment of no infringement of U.S. Patent Nos. 8,889,083; 8,822,148; and 7,129,091 and for anticipation of claim 1 of U.S. Patent No. 8,329,407, and good cause having been shown,

IT IS HEREBY ORDERED this ____ day of _____, 201__, that the motion is GRANTED. Summary judgment is entered in favor of 10X that:

- 10X has not infringed U.S. Patent Nos. 8,889,083; 8,822,148; and 7,129,091; and
- Claim 1 of U.S. Patent No. 8,329,407 is invalid.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　THE HONORABLE RICHARD G. ANDREWS
　　　　　　　　　　　　　　　　　　　DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　　　DISTRICT OF DELAWARE