

March 29, 2018

**VIA E-FILING**
The Honorable Richard G. Andrews
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street                              **FILED UNDER SEAL**
Unit 9, Room 6325
Wilmington, DE 19801-3555

    Re:    <u>Bio-Rad Laboratories, Inc., et al. v. 10X Genomics, Inc.</u>
            <u>C.A. No. 15-cv-152-RGA</u>

Dear Judge Andrews:

    Plaintiffs write to inform the Court of a serious violation of this Court's Protective Order. *See* D.I. 64. During discovery, Plaintiffs produced 16 patent licenses containing commercially sensitive information, including the royalty rates for Plaintiffs and their predecessors. Each license was produced with "Highly Confidential Attorneys' Eyes Only Information" or "Outside Attorneys' Eyes Only Information" designations because such information is highly confidential vis-à-vis 10X.





Respectfully submitted,

/s/ Brian E. Farnan

Brian E. Farnan

cc: Counsel of Record (Via E-Mail)

# EXHIBIT 1

REDACTED

# EXHIBIT 2

# REDACTED