

Frederick L. Cottrell, III
302-651-7509
Cottrell@rlf.com

April 3, 2018

**BY CM/ECF AND HAND DELIVERY**
The Honorable Richard G. Andrews
United States District Court - District of Delaware
844 North King Street
Wilmington, DE  19801-3555

REDACTED
PUBLIC VERSION

Re:  *Bio-Rad Laboratories, Inc. v. 10X Genomics Inc.*, C.A. No. 15-152-RGA

Dear Judge Andrews:

Plaintiffs' claim of a protective order violation, D.I. 324 ("Mot."), is based on a misstatement of the facts, and its proposed remedy has no connection at all to the supposed harm that Bio-Rad claims to have suffered. Plaintiffs' motion should be denied.





_____

[1] 10X will submit this email to the Court for *in camera* inspection if the Court requests.



The Honorable Richard G. Andrews
Page 4 of 4

                                              Respectfully,

                                              */s/ Frederick L. Cottrell, III*

                                              Frederick L. Cottrell, III (#2555)

FLC,III/afg

cc:     All Counsel of Record (via email)

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2018, I caused true and correct copies of the foregoing document to be served on the following counsel in the manner indicated:

**VIA EMAIL**
Brian E. Farnan
Michael Farnan
FARNAN LLP
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

**VIA EMAIL**
Edward R. Reines
Derek C. Walter
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000
raindance10xservice@weil.com

*/s/ Jason J. Rawnsley*
Jason J. Rawnsley (#5379)
rawnsley@rlf.com