

April 5, 2018

**VIA E-FILING**
The Honorable Richard G. Andrews
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801-3555

**FILED UNDER SEAL**

Re: **Bio-Rad Laboratories, Inc., et al. v. 10X Genomics, Inc.**
**C.A. No. 15-cv-152-RGA**

Dear Judge Andrews:

Plaintiffs respectfully request leave to submit the reply letter attached as Exhibit A in support of their Motion for Relief Resulting from Defendant's Protective Order Violations. (D.I. 324). In its answering brief (D.I. 327), 10X makes several misstatements and misleading arguments such as: ████████████████████████████████████████████████ ████████████████████. The proposed reply demonstrates that these arguments are incorrect.

We are available at the Court's convenience if Your Honor has any questions.

Respectfully submitted,

/s/ Brian E. Farnan

Brian E. Farnan

cc: Counsel of Record (Via E-Mail)