

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BIO-RAD LABORATORIES, INC. and
THE UNIVERSITY OF CHICAGO,

    Plaintiffs,

v.

10X GENOMICS, INC.,

    Defendant.

C.A. No. 15-152-RGA

## [PROPOSED] ORDER

WHEREAS, 10X Genomics, Inc. ("10X") having moved to seal excerpts of the transcript of the September 5, 2018, discovery dispute hearing in this matter containing certain matters deemed confidential and highly confidential (the "Motion"), and good cause having been shown;

IT IS HEREBY ORDERED this 30 day of October, 2018, that the Motion is GRANTED. The redacted version of the transcript attached as Exhibit B to the Motion shall be filed as the public version.

                                                                                                                    /s/ Richard G. Andrews
                                                                                     The Honorable Richard G. Andrews
                                                                                     District Judge
                                                                                     United States District Court
                                                                                     District of Delaware