IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIO-RAD LABORATORIES, INC. : | |
| and : | |
| THE UNIVERSITY OF CHICAGO : | |
| Plaintiffs, : | C.A. No. 15-152-RGA |
| v. : | |
| 10X GENOMICS, INC. : | |
| Defendant : | |

## JURY VERDICT

### FINDINGS ON THE '083 PATENT

1. Have Bio-Rad/Chicago proven that it is more likely than not that 10X Genomics directly infringed either claims 1 or 9 of the '083 Patent?

Please answer in each cell with a "Y" for "Yes" (for Bio-Rad/Chicago) or with an "N" for "No" (for 10X Genomics).

| Accused 10X Product | '083 Patent Claim 1 | '083 Patent Claim 9 |
|---|---|---|
| Chromium Genome/Exome | | |
| Chromium Genome/Exome with Kynar | | |
| GemCode Long Read | | |
| Chromium Single Cell 3' | | |
| Chromium Single Cell 3' with Kynar | | |
| Chromium Single Cell V(D)J with Kynar | | |

2. Have Bio-Rad/Chicago proven that it is more likely than not that 10X Genomics induced infringement by another person of either claims 1 or 9 of the '083 Patent?

Please answer in each cell with a "Y" for "Yes" (for Bio-Rad/Chicago) or with an "N" for "No" (for 10X Genomics).

| Accused 10X Product | '083 Patent Claim 1 | '083 Patent Claim 9 |
|---|---|---|
| Chromium Genome/Exome | | |
| Chromium Genome/Exome with Kynar | | |
| GemCode Long Read | | |
| Chromium Single Cell 3' | | |
| Chromium Single Cell 3' with Kynar | | |
| Chromium Single Cell V(D)J with Kynar | | |

3. Have Bio-Rad/Chicago proven that it is more likely than not that 10X Genomics contributed to infringement by another person of either claims 1 or 9 of the '083 Patent?

Please answer in each cell with a "Y" for "Yes" (for Bio-Rad/Chicago) or with an "N" for "No" (for 10X Genomics).

| Accused 10X Product | '083 Patent Claim 1 | '083 Patent Claim 9 |
|---|---|---|
| Chromium Genome/Exome | | |
| Chromium Genome/Exome with Kynar | | |
| GemCode Long Read | | |
| Chromium Single Cell 3' | | |
| Chromium Single Cell 3' with Kynar | | |
| Chromium Single Cell V(D)J with Kynar | | |

4. If you found infringement of claims 1 or 9 of the '083 Patent for products with Kynar, have Bio-Rad/Chicago proven that it is more likely than not that the "non-fluorinated microchannel" element of claims 1 or 9 of the '083 Patent is literally satisfied for 10X Genomics's products with the Kynar modification?

   Yes _____ (for Bio-Rad/Chicago)        No _____ (for 10X Genomics)

5. If you answered "Yes" to Question 4, please *skip* this Question 5 without answering it.

   Have Bio-Rad/Chicago proven that it is more likely than not that the "non-fluorinated microchannel" element of claims 1 or 9 of the '083 Patent is satisfied under the doctrine of equivalents for 10X Genomics's products with the Kynar modification?

   Yes _____ (for Bio-Rad/Chicago)        No _____ (for 10X Genomics)

6. Have Bio-Rad/Chicago proven that it is more likely than not that 10X Genomics supplies from the United States a component of the invention claimed in claims 1 or 9 of the '083 Patent? Please check "Yes" (for Bio-Rad/Chicago) or "No" (for 10X Genomics).

|         | Yes | No |
|---------|-----|-----|
| Claim 1 | ___ | ___ |
| Claim 9 | ___ | ___ |

3

7. Has 10X Genomics proven that it is highly probable that either claims 1 or 9 of the '083 Patent is invalid as indefinite?

For each of the claims below, please check "Yes" (for 10X Genomics) or "No" (for Bio-Rad/Chicago).

|   |   | Yes | No |
|---|---|---|---|
| a. | Claim 1 | _____ | _____ |
| b. | Claim 9 | _____ | _____ |

### FINDINGS ON THE '193 PATENT

8. Have Bio-Rad/Chicago proven that it is more likely than not that 10X Genomics directly infringed either claims 6 or 8 of the '193 Patent?

Please answer in each cell with a "Y" for "Yes" (for Bio-Rad/Chicago) or with an "N" for "No" (for 10X Genomics).

| Accused 10X Product | '193 Patent claim 6 | '193 Patent claim 8 |
|---|---|---|
| Chromium Genome/Exome |  |  |
| GemCode Long Read |  |  |

9. Have Bio-Rad/Chicago proven that it is more likely than not that 10X Genomics induced infringement by another person of either claims 6 or 8 of the '193 Patent?

Please answer in each cell with a "Y" for "Yes" (for Bio-Rad/Chicago) or with an "N" for "No" (for 10X Genomics).

| Accused 10X Product | '193 Patent claim 6 | '193 Patent claim 8 |
|---|---|---|
| Chromium Genome/Exome |  |  |
| GemCode Long Read |  |  |

10. Have Bio-Rad/Chicago proven that it is more likely than not that 10X Genomics contributed to infringement by another person of either claims 6 or 8 of the '193 Patent?

Please answer in each cell with a "Y" for "Yes" (for Bio-Rad/Chicago) or with an "N" for "No" (for 10X Genomics).

| Accused 10X Product | '193 Patent claim 6 | '193 Patent claim 8 |
|---|---|---|
| Chromium Genome/Exome | | |
| GemCode Long Read | | |

11. Has 10X Genomics proven that it is highly probable that either claims 6 or 8 of the '193 Patent is invalid as obvious on the basis of *Quake*, *Corbett*, and *Schubert*?

For each of the claims below, please check "Yes" (for 10X Genomics) or "No" (for Bio-Rad/Chicago).

                        Yes                        No

a. Claim 6     _____    _____

b. Claim 8     _____    _____

12. Has 10X Genomics proven that it is highly probable that either claims 6 or 8 of the '193 Patent is invalid for lack of enablement?

For each of the claims below, please check "Yes" (for 10X Genomics) or "No" (for Bio-Rad/Chicago).

                        Yes                        No

a. Claim 6     _____    _____

b. Claim 8     _____    _____

## FINDINGS ON THE '407 PATENT

13. Have Bio-Rad/Chicago proven that it is more likely than not that 10X Genomics directly infringed any of claims 1, 10, or 11 of the '407 Patent?

Please answer in each cell with a "Y" for "Yes" (for Bio-Rad/Chicago) or with an "N" for "No" (for 10X Genomics).

| Accused 10X Product | '407 Patent Claim 1 | '407 Patent Claim 10 | '407 Patent Claim 11 |
|---|---|---|---|
| Chromium Genome/Exome | | | |
| GemCode Long Read | | | |
| Chromium Single Cell 3' | | | |
| Chromium Single Cell V(D)J | | | |

14. Have Bio-Rad/Chicago proven that it is more likely than not that 10X Genomics induced infringement by another person of any of claims 1, 10, or 11 of the '407 Patent?

Please answer in each cell with a "Y" for "Yes" (for Bio-Rad/Chicago) or with an "N" for "No" (for 10X Genomics).

| Accused 10X Product | '407 Patent Claim 1 | '407 Patent Claim 10 | '407 Patent Claim 11 |
|---|---|---|---|
| Chromium Genome/Exome | | | |
| GemCode Long Read | | | |
| Chromium Single Cell 3' | | | |
| Chromium Single Cell V(D)J | | | |

6

15. Have Bio-Rad/Chicago proven that it is more likely than not that 10X Genomics contributed to infringement by another person of any of claims 1, 10, or 11 of the '407 Patent?

Please answer in each cell with a "Y" for "Yes" (for Bio-Rad/Chicago) or with an "N" for "No" (for 10X Genomics).

| Accused 10X Product | '407 Patent Claim 1 | '407 Patent Claim 10 | '407 Patent Claim 11 |
|---|---|---|---|
| Chromium Genome/Exome | | | |
| GemCode Long Read | | | |
| Chromium Single Cell 3' | | | |
| Chromium Single Cell V(D)J | | | |

16. Has 10X Genomics proven that it is highly probable that claim 1 of the '407 Patent is invalid as anticipated on the basis of *Quake*?

Pease check "Yes" (for 10X Genomics) or "No" (for Bio-Rad/Chicago).

|  | Yes | No |
|---|---|---|
| Claim 1 | _____ | _____ |

17. Has 10X Genomics proven that it is highly probable that any of claims 10 or 11 of the '407 Patent are invalid as obvious on the basis of *Quake* and *Schubert*?

For each of the claims below, please check "Yes" (for 10X Genomics) or "No" (for Bio-Rad/Chicago).

|  |  | Yes | No |
|---|---|---|---|
| a. | Claim 10 | _____ | _____ |
| b. | Claim 11 | _____ | _____ |

18. Has 10X Genomics proven that it is highly probable that any of claims 1, 10, or 11 of the '407 Patent is invalid for lack of enablement?

For each of the claims below, please check "Yes" (for 10X Genomics) or "No" (for Bio-Rad/Chicago).

|    |          | Yes | No |
|----|----------|-----|-----|
| a. | Claim 1  | _____ | _____ |
| b. | Claim 10 | _____ | _____ |
| c. | Claim 11 | _____ | _____ |

If you found that 10X Genomics infringed any of the asserted claims of the '083, '193, or '407 Patents and that any of the infringed claims were not invalid on any basis, then with respect to that claim or those claims, please answer questions 19 and 20. Otherwise, do not answer questions 19 and 20.

**FINDING ON WILLFULNESS**

19. Have Bio-Rad/Chicago proven that it is more likely than not that 10X Genomics's infringement was willful?

    Yes _____ (for Bio-Rad/Chicago)    No _____ (for 10X Genomics)

**FINDING ON PATENT DAMAGES**

20. What amount of reasonable royalties have Bio-Rad/Chicago proven they are more likely than not entitled to? Write out the amount in numbers and then in words.

    $_____ (numbers)

    _____ (words)

**UNANIMOUS VERDICT**

We, the jury, unanimously agree to the answers to the above questions and return them as our verdict in this case.

_____
Foreperson

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror