IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

BIO-RAD LABORATORIES, INC., et al.,   :
:
          Plaintiffs,   :
:
v.   :   Civil Action No. 15-152-RGA
:
10X GENOMICS, INC.,   :
:
          Defendant.   :

## JUDGMENT

This 14 day of November 2018, the Court having held a jury trial, and the jury having rendered a verdict, pursuant to Fed. R. Civ. P. 58(b)(2), IT IS HEREBY ORDERED that:

Judgment in the amount of $23,930,718 is entered for Plaintiffs Bio-Rad Laboratories, Inc. and the University of Chicago and against Defendant 10X Genomics, Inc. on the Second, Third, and Fifth Counts of the Third Amended Complaint. (D.I. 85).

Judgment is further entered for Plaintiffs Bio-Rad Laboratories, Inc. and the University of Chicago and against Defendant 10X Genomics, Inc. on the Third, Fourth, Fifth, Sixth, Ninth, and Tenth Counterclaims of 10X Genomics, Inc.'s Answer and Counterclaims to Plaintiffs' Third Amended Complaint. (D.I. 87).

                                                    _/s/ Richard G. Andrews_
                                                    United States District Judge