**Bio-Rad Labs., Inc./The University of Chicago v. 10X Genomics, Inc.**   **Admitted Trial Exhibits**
Civ. A. No. 15-cv-152-(RGA)

| Admitted Exhibit No. | Description |
|---|---|
| PTX001 | U.S. Patent No. 7,129,091 (Ismagilov et al.) [See also Tumolo 9, Ismagilov 115, Ness 4, Song (Baca) 48, Hindson, Chris 2, Huck 7, Lowe 7, Agresti 20, Ginsburg 14, Sia 3, Tice 137] |
| PTX003 | U.S. Patent No. 8,304,193 (Ismagilov et al.) [See also Tumolo 8, Ismagilov 116, Song (Baca) 50] |
| PTX005 | U.S. Patent No. 8,329,407 (Ismagilov et al.) [See also Tumolo 10, Ismagilov 117, Song (Baca) 51, Chang 10, Huck 6, Agresti 21, Sia 12, Gerdts 5; Roach 124; Tice 138; ] |
| PTX009 | U.S. Patent No. 8,889,083 (Ismagilov et al.) [See also Tumolo 12, Agresti 18, Ismagilov 113, Roach 123, Song (Baca) 47, Tice 140, Quackenbush 12] |
| PTX023 | Bio-Rad paper entitled, "Droplet Digital™ PCR (ddPCR™) Technology [Agresti 15] |
| PTX052 | Exclusive License Agreement Between The University of Chicago and Raindance Technologies for Microfluidic Technology [Cunningham 144] |
| PTX102 | Amendment No. 1 to Exclusive License Agreement between the University of Chicago and Raindance Technologies for Microfluidic Technology [Ginsburg 36] |
| PTX106 | Agreement and Plan of Merger by and among Bio-Rad Laboratories, Bio-Rad Acquisition Corporation 3, Raindance Technologies and Shareholder Representative Services LLC [Link 149] |
| PTX128 | Real-Time Instrument Patent License Agreement between Applied Biosystems Group and Bio-Rad Laboratories [Malackowski 6] |
| PTX129 | License Agreement between Caliper Life Sciences, Inc. and RainDance Technologies, Inc. [Malackowski 7] |
| PTX134 | Patent License Agreement between Applied Biosystems, LLC and QuantaLife, Inc. [Malackowski 12] |
| PTX135 | Non-Exclusive License Agreement between Caliper Life Sciences, Inc. and Bio-Rad Laboratories, Inc. [Malackowski 13] |
| PTX137 | Patent Sublicense Agreement Between Life Technologies Corporation and Bio-Rad Laboratories, Inc. [Malackowski 15] |
| PTX196 | Real-Time Instrument Patent License Agreement between Applied Biosystems Group and Bio-Rad Laboratories [Shinoff 25] |

Case 1:15-cv-00152-RGA Document 485 Filed 11/15/18 Page 2 of 14 PageID #: 39161
**Bio-Rad Labs., Inc./The University of Chicago v. 10X Genomics, Inc.**     **Admitted Trial Exhibits**
Civ. A. No. 15-cv-152-(RGA)

| Admitted Exhibit No. | Description |
|---|---|
| PTX213 | Email from E. Ginsburg to M. Yousef et al., RE: FW: contact info [Tumolo 13] |
| PTX250 | Roach, L., et al., "Controlling Nonspecific Protein Adsorption in a Plug-Based Microfluidic System by Controlling Interfacial Chemistry Using Fluorous-Phase Surfactants," Analytical Chemistry 77:785-796 (2005) [Ness 5] |
| PTX293 | 10X Genomics presentation entitled: Changing The Definition of Sequencing [Bharadwaj 4] |
| PTX311 | 10X Genomics GemCode Single Cell 3' User Guide [Bharadwaj 23] |
| PTX312 | Chromium Genome Reagent Kit User Guide [Bharadwaj 24] |
| PTX313 | 10X Genomics Chromium Exome User Guide Early Access [Bharadwaj 25] |
| PTX328 | Article entitled, "A Microfluidic System for Controlling Reaction Networks in Time," by Song, et al. [Hindson, Ben 4] |
| PTX333 | Binder containing 10X Genomics Discovery Responses and Presentations, Tab 5 [Hindson, Chris 1] |
| PTX341 | 10X presentation entitled: Chemical Synthesis - Surfactants [Lowe 1] |
| PTX342 | Handwritten note [Lowe 2] |
| PTX364 | Nature Biotechnology article entitled: Haplotyping germline and cancer genomes with high-throughput linked-read sequencing, by Zheng, et al., [Price 4] |
| PTX412 | Patent License Agreement between Applied Biosystems and QuantaLife, Inc. [Sullivan 11] |
| PTX413 | License Agreement between Caliper Life Sciences, Inc. and RainDance Technologies, Inc. [Sullivan 12] |

Case 1:15-cv-00152-RGA Document 485 Filed 11/15/18 Page 3 of 14 PageID #: 39162
**Bio-Rad Labs., Inc./The University of Chicago v. 10X Genomics, Inc.** **Admitted Trial Exhibits**
Civ. A. No. 15-cv-152-(RGA)

| Admitted Exhibit No. | Description |
|---|---|
| PTX415 | Exclusive License Agreement Between The University of Chicago and Raindance Technologies for Microfluidic Technology [Sullivan 14] |
| PTX441 | 10X Genomics, Chromium Single Cell 3' Reagent Kit User Guide |
| PTX494 | Raindance Technologies, RDT 1000 Product Brief |
| PTX503 | Bio-Rad QX200 Droplet Digital PCR System |
| PTX515 | GemCode Cross Image |
| PTX517 | Genome v1 Cross Image |
| PTX519 | Genome v1 Cross_Lightened Image |
| PTX521 | Single Cell v1 Cross Image |
| PTX523 | Single Cell v2 Cross Image |
| PTX526 | Science Watch 2015, IPR2015-01156, Ex. 2017 |
| PTX533 | Fidalgo, L., et al., "Surface-induced droplet fusion in microfluidic devices," Lab on a Chip 7:984-986 (2007) ("Fidalgo") |
| PTX535 | Leng, J., et al., "Microfluidic crystallization," Lab on a Chip 9:24-34 (2009), IPR2015-01156, Ex. 2022 ("Leng") |
| PTX536 | Breslauer, D., et al., "Microfluidics-based systems biology," Molecular BioSystems 2:97-112 (2006) ("Breslauer") |
| PTX671 | Amendment No. 1 to Real-Time Instrument Patent License Agreement between Applera Corporation, though its Applied Biosystems Group and Bio-Rad Laboratories, Inc. |
| PTX672 | Amendment No. 2 to Real-Time Instrument Patent License Agreement between Applera Corporation, though its Applied Biosystems Group and Bio-Rad Laboratories, Inc. |

Case 1:15-cv-00152-RGA Document 485 Filed 11/15/18 Page 4 of 14 PageID #: 39163

**Bio-Rad Labs., Inc./The University of Chicago v. 10X Genomics, Inc.**     **Admitted Trial Exhibits**
Civ. A. No. 15-cv-152-(RGA)

| Admitted Exhibit No. | Description |
|---|---|
| PTX683 | First Amendment to License Agreement between Caliper Life Sciences, Inc. and RainDance Technologies, Inc. |
| PTX694 | RainDance Technologies Presentation entitled AGBT Updates |
| PTX695 | RainDance Technologies Presentation entitled Helomics |
| PTX696 | RainDance Technologies Presentation entitled Quarterly Business Review Q1 2016 |
| PTX697 | Board of Directors Report, RainDance Technologies, Inc. |
| PTX698 | RainDance Technologies Presentation entitled Perella Weinberg Partners Business Update |
| PTX701 | RainDance Technologies Presentation entitled BGI |
| PTX741 | 10X Genomics, GemCode Single Cell 3' User Guide, Part Number: CG00011 Rev A, Revision A |
| PTX747 | 10X Genomics, GemCode User Guide, CG00002 Rev B |
| PTX752 | 10X Genomics, GemCode Platform, Changing the definition of sequencing, Rev: 041515 |
| PTX754 | 10X Genomics, Chromium Single Cell Solutions |
| PTX989 | Huebner, A., et al., "Microdroplets: A sea of applications?," *Lab on a Chip* 8:1244-1254 (2008) [Ex. 2021 - '083] |
| PTX1197 | 10X Genomics Inc.'s First Supplemental Responses and Objections to Raindance Technologies, Inc. and the University of Chicago's Second Set of Interrogatories (Nos. 7-11) [See also Hindson, Ben 7, Lowe 3, Wyatt 14] |
| PTX1201 | 10X Genomics Inc.'s [Corrected] Second Supplemental Responses and Objections to Raindance Technologies, Inc. and the University of Chicago's Interrogatory No. 10 [See also Bharadwaj 29, Bharadwaj 30] |
| PTX1202 | 10X Genomics Inc.'s Second Supplemental Responses and Objections to Raindance Technologies, Inc. and the University of Chicago's Second Set of Interrogatories (No. 7) |
| PTX1204 | 10X Genomics Inc.'s Third Supplemental and Corrected First and Second Supplemental Responses and Objections to Raindance Technologies, Inc. and the University of Chicago's Interrogatory No. 11 |

Case 1:15-cv-00152-RGA   Document 485   Filed 11/15/18   Page 5 of 14 PageID #: 39164
**Bio-Rad Labs., Inc./The University of Chicago v. 10X Genomics, Inc.**          **Admitted Trial Exhibits**
Civ. A. No. 15-cv-152-(RGA)

| Admitted Exhibit No. | Description |
|---|---|
| PTX1205 | 10X Genomics Inc.'s Responses and Objections to Raindance Technologies, Inc. and the University of Chicago's Third Set of Interrogatories (Nos. 12-19) |
| PTX1209 | 10X Genomics Inc.'s First Supplemental Responses to Interrogatories Nos. 6, 12, and 16, Second Supplemental Responses to Interrogatories Nos. 2 and 3, and Third Supplemental Response to Interrogatory No. 10 |
| PTX1215 | Physical Exhibit: Gemcode Chip Kit 48 Rxns Lot# 150528<br>Note: This is a physical product sample that was produced on June 29, 2017 and received by Bio-Rad. 8/2/2017 cover letter from Irell lists Bates number of sample produced. |
| PTX1219 | Physical Exhibit: Chromium Genome Chip Kit 48 Rxns Lot# 151061<br>Note: This is a physical product sample that was produced on June 29, 2017 and received by Bio-Rad. 8/2/2017 cover letter from Irell lists Bates number of sample produced. |
| PTX1222 | Physical Exhibit: Chromium Genome Chip Kit 48 Rxns Lot# 151049<br>Note: This is a physical product sample that was produced on June 29, 2017 and received by Bio-Rad. 8/2/2017 cover letter from Irell lists Bates number of sample produced. |
| PTX1226 | Physical Exhibit: Chromium Single Cell 3 Chip Kit 48 Rxns Lot# 151010<br>Note: This is a physical product sample that was produced on June 29, 2017 and received by Bio-Rad. 8/2/2017 cover letter from Irell lists Bates number of sample produced. |
| PTX1229 | Physical Exhibit: Chromium Single Cell A Chip Kit 16 Rxns Lot# 151477<br>Note: This is a physical product sample that was produced on June 29, 2017 and received by Bio-Rad. 8/2/2017 cover letter from Irell lists Bates number of sample produced. |
| PTX1235 | Press Release, Bio-Rad, "Bio-Rad Named One of the 2015 Top 100 Bay Area Innovators by Thomson Reuters" (Jan. 5, 2016) |
| PTX1236 | Press Release, Bio-Rad, "Bio-Rad Named One of the '2014 Best Places to Work in the Bay Area.'" (Apr. 28, 2014) from the San Francisco Business Times and the Silicon Valley Business Journal |
| PTX1237 | Press Release, Bio-Rad, "Bio-Rad Named One of the 'Best Places to Work 2013' in the San Francisco Bay Area." (May 16, 2013) from the San Francisco Business Times and the Silicon Valley Business Journal |

Case 1:15-cv-00152-RGA Document 485 Filed 11/15/18 Page 6 of 14 PageID #: 39165
**Bio-Rad Labs., Inc./The University of Chicago v. 10X Genomics, Inc.**     **Admitted Trial Exhibits**
Civ. A. No. 15-cv-152-(RGA)

| Admitted Exhibit No. | Description |
|---|---|
| PTX1249 | Press Release, Frost & Sullivan, "Frost & Sullivan Recognizes Bio-Rad's Digital PCR Platform, the QX200 AutoDG Droplet Digital PCR System for New Product Innovation." (Oct 8, 2015) |
| PTX1250 | SelectScience announces "Product News: Winner of the Scientists' Choice Award for Best New Life Sciences Product of 2013 Announced at AACR." (Apr. 8, 2014) |
| PTX1255 | Total Revenue and US Revenue spreadsheet |
| PTX1297 | Letter from G. Asoy to Accounts Receivable, The University of Chicago re: Exclusive License Agreement between The University of Chicago and RainDance Technologies, Inc. (acquired by Bio-Rad Laboratories, Inc.) for Microfluidic Technology, dated June 9, 2008 (as amended) |
| PTX1298 | Letter from G. Asoy to Accounts Receivable, The University of Chicago re: Exclusive License Agreement between The University of Chicago and RainDance Technologies, Inc. (acquired by Bio-Rad Laboratories, Inc.) for Microfluidic Technology, dated June 9, 2008 (as amended) |
| PTX1299 | Letter from G. Asoy to Accounts Receivable, The University of Chicago re: Exclusive License Agreement between The University of Chicago and RainDance Technologies, Inc. (acquired by Bio-Rad Laboratories, Inc.) for Microfluidic Technology, dated June 9, 2008 (as amended) |
| PTX1300 | Letter from R. Stokes to Accounts Receivable, The University of Chicago re: Exclusive License Agreement between The University of Chicago and RainDance Technologies, Inc. (acquired by Bio-Rad Laboratories, Inc.) for Microfluidic Technology, dated June 9, 2008 (as amended) |
| PTX1301 | Letter from R. Stokes to Accounts Receivable, The University of Chicago re: Exclusive License Agreement between The University of Chicago and RainDance Technologies, Inc. (acquired by Bio-Rad Laboratories, Inc.) for Microfluidic Technology, dated June 9, 2008 (as amended) |
| PTX1302 | "Bio-Rad: Real-Time PCR Amplification Instruments," available at: http://www.bio-rad.com/webroot/web/pdf/lsr/literature/Bulletin_5341C.pdf |
| PTX1303 | "RDT 1000," RainDance, December 8, 2009, archive, available at: https://web.archive.org/web/20091208081231/http://www.raindancetech.com:80/products/rdt-1000.asp |

Case 1:15-cv-00152-RGA   Document 485   Filed 11/15/18   Page 7 of 14 PageID #: 39166
Bio-Rad Labs., Inc./The University of Chicago v. 10X Genomics, Inc.     **Admitted Trial Exhibits**
Civ. A. No. 15-cv-152-(RGA)

| Admitted Exhibit No. | Description |
|---|---|
| PTX1304 | "In the Public Interest: Nine Points to Consider in Licensing University Technology," available at: http://news.stanford.edu/news/2007/march7/gifs/whitepaper.pdf |
| PTX1315 | "9°N™ DNA Ligase," New England BioLabs, https://www.neb.com/products/m0238-9n-dna-ligase#Product%20Information |
| PTX1316 | Maxima First Strand cDNA Synthesis Kit for RT-qPCR," ThermoFisher Scientific, https://www.thermofisher.com/order/catalog/product/K1641?SID=srch-srp-K1641 |
| PTX1317 | "phi29 DNA Polymerase," New England BioLabs, https://www.neb.com/products/m0269-phi29-dna-polymerase#Product%20Information |
| PTX1318 | Hindson, B., et al., "Methods and Composition for Detecting Genetic Material," U.S. Patent Appl. Pub. No. 2011/0159499 with B. Hindson Oath |
| PTX1319 | Quake, S., et al.,"Non-invasive Fetal Genetic Screening by Digital Analysis," U.S. Patent Appl. No. 2007/0202525 |
| PTX1320 | Ryan Sullivan Expert Report Attachment D-6, 10X Genomic Sales International Units |
| DTX0011 | U.S. Provisional Application No. 60/379,927 (filed May 9, 2002) |
| DTX0013 | Quake, S., et al. "Microfabricated Crossflow Devices and Methods," U.S. Patent Application Publication 2002/0058332 A1 (filed on September 14, 2001; published May 16, 2002) |
| DTX0016 | Schubert, K.V. and Kaler, E.W., "Microemulsifying fluorinated oils with mixtures of fluorinated and hydrogenated surfactants," Colloids and Surfaces A: Physiochemical and Engineering Aspects, 84: 97-106 (1994) |
| DTX0018 | Corbett, J., et al., "Device and Method for the Automated Cycling of Solutions Between Two or More Temperatures," U.S. Patent No. 5,270,183 (filed on February 8, 1991; issued on December 14, 1993) |

Case 1:15-cv-00152-RGA   Document 485   Filed 11/15/18   Page 8 of 14 PageID #: 39167
**Bio-Rad Labs., Inc./The University of Chicago v. 10X Genomics, Inc.**     **Admitted Trial Exhibits**
Civ. A. No. 15-cv-152-(RGA)

| Admitted Exhibit No. | Description |
|---|---|
| DTX0020 | Erbacher, C., et al., "Towards Integrated Continuous-Flow Chemical Reactors," Mikrochim. Acta, 131: 19-24 (1999) |
| DTX0023 | Chromium Genome instrument (physical item) |
| DTX0029 | 10x Technologies, Diagram, GEM "E" CHIP |
| DTX0076 | "Reactions in Droplets in Microfluidic Channels," 2006 article in Angewandte Chemie by Song, Chen, Ismagilov |
| DTX0093 | Holtze, C., et al., "Biocompatible surfactants for water-in-fluorocarbon emulsions," Lab Chip, 8: 1632-1639 (2008) |
| DTX0129 | Srisa-Art, M., et. al., "High-Throughput DNA Droplet Assays Using Picoliter Reactor Volumes," Anal. Chem. 79:6682-6689 (2007) |
| DTX0178 | License Agrement between Harvard College and 10x Technologies, 9/26/2013 |
| DTX0183 | Fore, J., Jr., et al., "The effects of business practices, licensing, and intellectual property on development and dissemination of the polymerase chain reaction: case study," Journal of Biomedical Discovery and Collaboration, 1:7; doi:10.1186/1747-5333-1-7 (2006) |
| DTX0189 | Article entitled, "Biocompatible surfactants for water-in-fluorocarbon emulsions" by Holtze, et al. |
| DTX0198 | Exclusive Agreement between the Board of Trustees of the Leland Stanford Junior University and 10x Genomics, Inc., dated August 28, 2015 |
| DTX0247 | 10x Material Specifications RM, Chip GEM U1, Single Cell |
| DTX0249 | Patent License Agreement between Matrix and 10x Technologies, 11/12/2014 |
| DTX0286 | Roach, L., et al., "Controlling Nonspecific Protein Adsorption in a Plug-Based Microfluidic System by Controlling Interfacial Chemistry Using Fluorous-Phase Surfactants," Anal. Chem. 77:785-796 (2005) |

Case 1:15-cv-00152-RGA Document 485 Filed 11/15/18 Page 9 of 14 PageID #: 39168
**Bio-Rad Labs., Inc./The University of Chicago v. 10X Genomics, Inc.**     **Admitted Trial Exhibits**
**Civ. A. No. 15-cv-152-(RGA)**

| Admitted Exhibit No. | Description |
|---|---|
| DTX0293 | Thorsen, T., "Microfluidic Technologies for High-Throughput Screening Applications," Doctoral Thesis, California Institute of Technology (2002) (http://thesis.library.caltech.edu/4701/) |
| DTX0358 | Patent Sublicense Agreement between Life Technologies Corporation and Bio-Rad Laboratories, 12/31/13 |
| DTX0359 | Gierahn, T., et al., "Seq-Well: portable, low-cost RNA sequencing of single cells at high throughput," Nature Methods, doi:10.1038/nmeth.4179, 14:395-398 and supplementary information (2017) |
| DTX0398 | Bio-Rad Presentation, DBCP3000 - Project Monocle, Feasibility Business Design Review |
| DTX0419 | Univ of Chicago Royalty Payments 2009-Q12017.xlsx |
| DTX0457 | Real-Time Instrument Patent License Agreement between Applera Corporation/Applied Biosystems and Bio-Rad Laboratories |
| DTX0458 | Patent License Agreement between Applied Biosystems, LLC and QuantaLife, Inc. (dated December 30, 2010) |
| DTX0459 | Non-Exclusive License Agreement between Caliper Life Sciences, Inc. and Bio-Rad Laboratories |
| DTX0460 | Coexclusive Patent License Agreement between Lawrence Livermore National Security, LLC and QuantaLife |
| DTX0461 | License Agreement between Institut Curie/CNRS/UPMC and Bio-Rad Laboratories |
| DTX0462 | License Agreement between Japan Science and Technology Agency and QuantaLife |
| DTX0463 | Limited Exclusive Patent License Agreement between Lawrence Livermore National Security, LLC and Bio-Rad Laboratories |
| DTX0502 | Thorsen, T., et al., "Dynamic Pattern Formation in a Vesicle-Generating Microfluidic Device," Physical Review Letters, 86(18): 4163-4166 (2001) |

Case 1:15-cv-00152-RGA Document 485 Filed 11/15/18 Page 10 of 14 PageID #: 39169

Bio-Rad Labs., Inc./The University of Chicago v. 10X Genomics, Inc.     **Admitted Trial Exhibits**
Civ. A. No. 15-cv-152-(RGA)

| Admitted Exhibit No. | Description |
|---|---|
| DTX0507 | License Agreement between Brandeis University and RainDance Technologies |
| DTX0510 | License Agreement between President and Fellows of Harvard College and RainDance Technologies, Inc. dated February 23, 2006 |
| DTX0511 | Coexclusive Patent License Agreement between Lawrence Livermore National Security, LLC and RainDance Technologies |
| DTX0512 | Exclusive License Agreement between Medical Research Council and RainDance Technologies, Inc. dated December 5, 2005 |
| DTX0518 | License Agreement between RainDance Technologies, Inc. and Caliper Life Sciences, Inc., dated Sept. 3, 2009 |
| DTX0519 | First Amendment to License Agreement between RainDance Technologies, Inc. and Caliper Life Sciences, Inc., dated March 21, 2014 |
| DTX0520 | Option and Conditional License between Institut Curie and RainDance |
| DTX0603 | Cory Gerdts Lab Notebook 2 |
| DTX0612 | Email from George Whiteslides to Rustem Ismagilov RE: charging beads |
| DTX0615 | Email from Ismagilov to Quake Re: contact |
| DTX0621 | Laboratory Notebook of Rustem F. Ismagilov (dated August 19, 2001 - September 5, 2001) |
| DTX0636 | Quake, S., et al., "Microfabricated Crossflow Devices and Methods," International Publication No. WO 02/23163 A1 |
| DTX0640 | US 2002/0029814A1 to Unger et al. |

Case 1:15-cv-00152-RGA   Document 485   Filed 11/15/18   Page 11 of 14 PageID #: 39170

**Bio-Rad Labs., Inc./The University of Chicago v. 10X Genomics, Inc.**     **Admitted Trial Exhibits**
Civ. A. No. 15-cv-152-(RGA)

| Admitted Exhibit No. | Description |
|---|---|
| DTX0647 | Email from Rustem Ismagilov to Spencer Roach re New Quake application published |
| DTX0656 | Email from Eric Ginsburg to Rustem Ismagilov Re: CDA and Ismagilov patent application - Univ. of Chicago |
| DTX0659 | Amendment No. 1 to License Agreement between RainDance and The University of Chicago |
| DTX0660 | Exclusive License Agreement between The University of Chicago and RainDance Technologies for Microfluidic Technology |
| DTX0665 | Amendment to the License between Emerald BioSystems and Emerald BioStructures and The University of Chicago for Microfluidics Technology, last signed June 3, 2010 |
| DTX0683 | Email from Matthew Martin to Eric Ginsburg re draft of raindance field |
| DTX0689 | Email from Eric Ginsburg to Rustem Ismagilov re Questions re RainDance, P. Schultz, etc. |
| DTX0752 | "Top 10 Innovations 2015," The Scientist, available at https://www.the-scientist.com/?articles.view/articleNo/44629/title/Top-10-Innovations-2015/. Praises GemCode |
| DTX0767 | Business Wire Website, "10x Genomics Announces Commercial Availability of Chromium De Novo Assembly Solution and Supernova Assembler for Low-Cost Diploid De Novo Genome Assembly," 10/12/2016, http://www.businesswire.com/news/home/20161012005670/en/10x-Genomics-Announces-Commercial-Availability-Chromium-De |
| DTX0769 | Genomeweb Website, "Bio-Rad, Illumina Launch Codeveloped Single-Cell Sequencing System," 1/11/2017, https://www.genomeweb.com/pcr/bio-rad-illumina-launch-codeveloped-single-cell-sequencing-system |
| DTX0779 | 10x Website, Exome, https://www.10xgenomics.com/exome/ (accessed 3/27/17) |

Case 1:15-cv-00152-RGA   Document 485   Filed 11/15/18   Page 12 of 14 PageID #: 39171

**Bio-Rad Labs., Inc./The University of Chicago v. 10X Genomics, Inc.**   **Admitted Trial Exhibits**
Civ. A. No. 15-cv-152-(RGA)

| Admitted Exhibit No. | Description |
|---|---|
| DTX0780 | 10x Website, Single Cell, https://www.10xgenomics.com/single-cell/ (accessed 3/27/2017) |
| DTX0782 | 10x Website, VDJ, https://www.10xgenomics.com/vdj/ (accessed 3/27/2017) |
| DTX0791 | 10x Website, Chromium Genome Solution, https://www.10xgenomics.com/genome/ (accessed 8/17/2017) |
| DTX0909 | BioInformatics, "The 2017 Market for Single Cell Analysis Products: Convergence of Microfluidics and Omics Platforms," 8/2017 |
| DTX0982 | Eppendorf 96-well plate (physical item) |
| DTX0983 | Rainin 20-200 uL LTS pipette (physical item) |
| DTX0989 | Rainin filter tips 200uL (RT-L200FLR) (physical item) |
| DTX1034 | 10x Gasket (physical item) |
| DTX1035 | Bio-Rad C1000 Touch Thermal Cycler (physical item) |
| DTX1036 | 10X Chip Holder (physical item) |
| DTX1037 | GEM-U chip (with Kynar) (physical item) |
| DTX1050 | "Sales Training - Single Cell Competition and Apps" PPT |

Case 1:15-cv-00152-RGA Document 485 Filed 11/15/18 Page 13 of 14 PageID #: 39172
Bio-Rad Labs., Inc./The University of Chicago v. 10X Genomics, Inc.    Admitted Trial Exhibits
Civ. A. No. 15-cv-152-(RGA)

| Admitted Exhibit No. | Description |
|---|---|
| DTX1052 | "Customer Support Q1 2017" PPT |
| DTX1441 | Applera v. MJ Research Ruling on Applera's Motion for Immediate Reconsideration re: Applera's Motion for Leave to Take Discovery |
| DTX1442 | Applera v. MJ Research Consent Judgment and Permanent Injunction (D. Conn.) |
| DTX1445 | Applera v. Bio-Rad Consent Judgment and Permanent Injunction (D. Conn.) |
| DTX1446 | Connecticut Settlement Agreement |
| DTX1447 | Real-Time Settlement Agreement |
| DTX1449 | Applera v. MJ Research Civil Docket (D. Conn.) |
| DTX1450 | Amended and Restated Thermal Cycler Supplier Agreement |
| DTX1481 | Grant Thornton Valuation Report for Bio-Rad, "Fair Value Analysis of Certain Identified Intangible Assets and Liabilities of RainDance Technologies, Inc. acquired by Bio-Rad Laboratories, Inc. as of February 16, 2017," 1/8/2018 |
| DTX1482 | Total Revenue and US Revenue spreadsheet |
| DTX1483 | Bio-Rad Royalty Calculation for University of Chicago License Agreement, 9/18/2017 |
| DTX1484 | Bio-Rad Royalty Calculation for University of Chicago License Agreement, 11/16/2017 |
| DTX1485 | Bio-Rad Royalty Calculation for University of Chicago License Agreement, 3/13/2018 |
| DTX1486 | Bio-Rad Royalty Calculation for University of Chicago License Agreement, 5/22/2018 |
| DTX1487 | Bio-Rad Royalty Calculation for University of Chicago License Agreement, 7/31/2018 |

Bio-Rad Labs., Inc./The University of Chicago v. 10X Genomics, Inc.  **Admitted Trial Exhibits**
Civ. A. No. 15-cv-152-(RGA)

| Admitted Exhibit No. | Description |
|---|---|
| DTX1488 | Bio-Rad Laboratories, Inc. ddSEQ pro-forma P&L |