AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Delaware

Bio-Rad Laboratories, Inc., et al

V.

10X Genomics, Inc.

**EXHIBIT AND WITNESS LIST**

Case Number: C.A. 15-152 RGA

| PRESIDING JUDGE Hon. Richard G. Andrews | PLAINTIFF'S ATTORNEY Brian Farnan, Esq. | DEFENDANT'S ATTORNEY Fred Cottrell, Esq. |
|---|---|---|
| TRIAL DATE(S) 11/5/18 - 11/13/18 | COURT REPORTER Heather Triozzi / Stacy Ingram | COURTROOM DEPUTY K. Ringgold |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 11/5/18 | | | Annette Tumolo |
| W2 | | 11/5/18 | | | Rustem Ismagilov |
| W3 | | 11/6/18 | | | Professor Samuel Sia - Expert Witness |
| W4 | | 11/6/18 | | | Cory Gerdts |
| W5 | | 11/7/18 | | | Eric Ginsburg |
| W6 | | 11/7/18 | | | Serge Saxonov - Video Deposition |
| W7 | | 11/7/18 | | | John Stuelpnagel |
| W8 | | 11/7/18 | | | James Malackowski |
| | W1 | 11/7/18 | | | Benjamin Hindson |
| | W2 | 11/7/18 | | | Jeremy Agresti - Video Deposition |
| | W3 | 11/7/18 | | | Darren Link - Video Deposition |
| | W4 | 11/7/18 | | | Lewis Spencer Roach - Video Deposition |
| | W5 | 11/8/18 | | | Kevin Ness |
| | W6 | 11/8/18 | | | Hsueh-Chia Chang |
| | W7 | 11/8/18 | | | Wilhem Huck |
| | W8 | 11/8/18 | | | John Quackenbush |
| | W9 | 11/8/18 | | | Ryan Sullivan |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages