IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE UNIVERSITY OF CHICAGO and BIO-RAD LABORATORIES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>10X GENOMICS, INC.<br><br>Defendant. | Civ. A. No. 15-152-RGA |

## [PROPOSED] ORDER REGARDING POST-TRIAL BRIEFING

IT IS HEREBY ORDERED that the following schedule and page limitations shall govern post-trial briefing in the above-captioned matter:

- Any post-trial motions ("Motions") and opening brief(s) in support of the Motions under Fed. R. Civ. P. 50 and 59, pre-judgment interest, post-judgment interest, supplemental damages or accounting, enhanced damages, attorneys' fees, and injunctive relief, shall be filed on or before December 12, 2018.

- Answering briefs in opposition to the Motions shall be filed on or before January 9, 2019.

- Reply briefs in support of the Motions shall be filed on or before January 25, 2019.

- [Bio-Rad's Position: The local rules on page limits should apply][10X's Position: *RGA*] Each side has a total of 30 pages for its opening brief and answering brief(s) on all post-trial Motions that it seeks to raise, other than motions to stay enforcement of the judgment or stay any injunction pending appeal. Each side has a total of 15 pages for its reply brief(s).

- Execution of judgment is STAYED without filing a security for up to six (6) months, provided post-trial Motions are still pending. After six (6) months, or upon resolution of the post-trial Motions, the parties will confer on the filing of a security.
- Determination of ongoing royalties is SEVERED AND STAYED pending resolution of any appeal.

SO ORDERED this 26 day of November 2018.

_____
UNITED STATES DISTRICT JUDGE