IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIO-RAD LABORATORIES, INC. and THE UNIVERSITY OF CHICAGO, | ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 15-152-RGA |
| v. | ) ) | |
| 10X GENOMICS, INC., | ) ) | |
| Defendant. | ) | |

### DEFENDANT 10X GENOMICS, INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER FED. R. CIV. P. 50(b), NEW TRIAL UNDER FED. R. CIV. P. 59, AND REMITTITUR

Defendant 10X Genomics, Inc. ("10X") moves for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(b), a new trial pursuant to Federal Rule of Civil Procedure 59, and remittitur ("Motion"). Support for this Motion may be found in 10X's opening brief and supporting documents filed simultaneously herewith.

*Of Counsel*:

ORRICK HERRINGTON &
 SUTCLIFFE LLP

E. Joshua Rosenkranz
(jrosenkranz@orrick.com)
Melanie L. Bostwick (mbostwick@orrick.com)
Elizabeth R. Moulton (emoulton@orrick.com)
51 West 52nd Street
New York, NY 10019-6142
(212) 506-5380

TENSEGRITY LAW GROUP LLP
Matthew Powers
(matthew.powers@tensegritylawgroup.com)
Azra Hadzimehmedovic
(azra@tensegritylawgroup.com)
Robert Gerrity

/s/ *Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
Jason J. Rawnsley (#5379)
Alexandra M. Ewing (#6407)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7550
cottrell@rlf.com
rawnsley@rlf.com
ewing@rlf.com

*Attorneys for Defendant 10X Genomics, Inc.*

(robert.gerrity@tensegritylawgroup.com)
555 Twin Dolphin Drive
Suite 650
Redwood Shores, CA 94065
(650) 802-6000

IRELL & MANELLA LLP
David I. Gindler (dgindler@irell.com)
Alan J. Heinrich (aheinrich@irell.com)
Lauren N. Drake (ldrake@irell.com)
Elizabeth C. Tuan (etuan@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
(310) 277-1010


DATED: December 12, 2018