UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE UNIVERSITY OF CHICAGO and BIO-RAD LABORATORIES, INC.<br><br>             Plaintiffs,<br><br>    v.<br><br>10X GENOMICS, INC.<br><br>             Defendant. | C.A. 15-152-RGA |

**PLAINTIFFS BIO-RAD LABORATORIES, INC. AND
THE UNIVERSITY OF CHICAGO'S POST-TRIAL MOTION**

Plaintiffs hereby file their post-trial motion for permanent injunction, exceptional case, enhancement of damages, attorneys' fees, supplemental damages, and prejudgment and post-judgment interest (the "Motion"). The grounds for this Motion are fully set forth in Plaintiffs' Opening Brief in Support of the Motion filed contemporaneously herewith and incorporated herein by reference.

WHEREFORE, Plaintiffs respectfully request that the Court grant the Motion and such further relief as the Court deems just and proper.

| | |
|---|---|
| Dated:  December 12, 2018 | Respectfully submitted,<br><br>FARNAN LLP<br><br>*/s/* Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>Telephone: 302-777-0300<br>Facsimile: 302-777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>Edward R. Reines (admitted *pro hac vice*)<br>Derek C. Walter (admitted *pro hac vice*)<br>Amanda Branch (admitted *pro hac vice*)<br>Christopher S. Lavin (admitted *pro hac vice*)<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065<br>(650) 802-3000<br>ed.reines@weil.com<br>derek.walter@weil.com<br>amanda.branch@weil.com<br>christopher.lavin@weil.com<br><br>Robert T. Vlasis III (admitted *pro hac vice*)<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>(202) 682-7024<br>robert.vlasis@weil.com<br><br>*Attorneys for Plaintiffs* |