**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| BIO-RAD LABORATORIES, INC. | |
| and | C.A. No. 15-152-RGA |
| THE UNIVERSITY OF CHICAGO, | |
| Plaintiffs, | |
| v. | |
| 10X GENOMICS, INC., | |
| Defendant. | |

### NOTICE OF DEPOSITION OF MICHAEL SCHNALL-LEVIN

Pursuant to Federal Rules of Civil Procedure 30, Plaintiffs Bio-Rad Laboratories, Inc. and The University of Chicago ("Plaintiffs"), by and through their undersigned counsel, will take the deposition of Michael Schnall-Levin.  The deposition will begin on January 18, 2019 at 11:30 a.m. at the offices of Tensegrity Law Group LLP, 555 Twin Dolphin Drive, Suite 650, Redwood Shores, CA  94065.

The deposition will be taken before a duly qualified notary public or other officer authorized by law to administer oaths.  The deposition will be recorded stenographically and by video, or as otherwise agreed upon by the parties, until completed.  Some or all of the deposition testimony may involve real-time computer connection between the deposition taker and court reporter using software such as "LiveNote."

Dated: January 18, 2019

Respectfully submitted,

FARNAN LLP

 /s/ Brian E. Farnan
Joseph J. Farnan, Jr. (Bar No. 100245)
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
farnan@farnanlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Edward R. Reines (admitted *pro hac vice*)
Derek C. Walter (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

*Attorneys for Plaintiffs*