# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIO-RAD LABORATORIES, INC. and THE UNIVERSITY OF CHICAGO,<br><br>    Plaintiffs,<br><br>    v.<br><br>10X GENOMICS, INC.,<br><br>    Defendant. | C.A. No. 15-152-RGA |

## SUBMISSION OF SUBSTITUTE TRIAL EXHIBITS

PURSUANT TO the Court's Memorandum Order of February 11, 2019 (the "Order," D.I. 549), Defendant 10X Genomics, Inc. submits the attached copies of PTX 333 and PTX 341 to be substituted for the versions admitted into the evidentiary record during the trial held in this action from November 5, 2018, to November 13, 2018. The attached exhibits have been prepared in accordance with the Court's instructions in the Order.

*Of Counsel*:

E. Joshua Rosenkranz
Melanie L. Bostwick
Elizabeth R. Moulton
ORRICK HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
(212) 506-5380

Matthew Powers
Azra Hadzimehmedovic
Robert Gerrity
TENSEGRITY LAW GROUP LLP
555 Twin Dolphin Drive
Suite 650
Redwood Shores, CA 94065
(650) 802-6000

/s/ *Alexandra M. Ewing*
Frederick L. Cottrell, III (#2555)
Jason J. Rawnsley (#5379)
Alexandra M. Ewing (#6407)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7550
cottrell@rlf.com
rawnsley@rlf.com
ewing@rlf.com

*Attorneys for Defendant 10X Genomics, Inc.*

David I. Gindler
Alan J. Heinrich
Lauren N. Drake
Elizabeth C. Tuan
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
(310) 277-1010

DATED: February 15, 2019