IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIO-RAD LABORATORIES, INC., et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v.   : | Civil Action No. 15-152-RGA |
| : | |
| 10X GENOMICS, INC., : | |
| : | |
| Defendant. : | |

### ORDER

I have reviewed the submission related to dismissal of the '148 patent. (D.I. 552). I would appreciate it if the parties would read the memorandum I filed in *Ferring Pharms Inc. v. Novel Labs, Inc.*, 2018 WL 5085516 (D.Del. Oct. 18, 2018), and advise by joint submission within one week addressing any applicability of the reasoning there to the request at hand.

IT IS SO ORDERED this 11 day of April 2019.

/s/ Richard G. Andrews
United States District Judge