IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIO-RAD LABORATORIES INC. and THE UNIVERSITY OF CHICAGO,<br><br>Plaintiffs,<br><br>v.<br><br>10X GENOMICS, INC.,<br><br>Defendant. | No. 15-cv-152-RGA |

## ORDER

For the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that Defendant's motion for judgment as a matter of law under Federal Rule of Civil Procedure 50(b), new trial under Federal Rule of Civil Procedure 59, and remittitur (D.I. 509) is **DENIED**.

Entered this ___ day of July 2019.

_____
United States District Judge