IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BIO-RAD LABORATORIES INC. and THE
UNIVERSITY OF CHICAGO,

    Plaintiffs,

v.

10X GENOMICS, INC.,

    Defendant.

No. 15-cv-152-RGA

## ORDER

For the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that Plaintiffs' post-trial motion (D.I. 512) is **GRANTED** with respect to the permanent injunction, supplemental damages, and pre- and post-judgment interest. The motion is **DENIED** with respect to the attorneys' fees and enhanced damages.

Within five days, the parties shall submit, consistent with the accompanying memorandum opinion:

(1) A proposed final judgment, wherein Plaintiffs are awarded:

    (a) Prejudgment supplemental damages for the period from July 1 to November 13, 2018, based on a 15% royalty;

    (b) Prejudgment interest at the prime rate, compounded quarterly, applied to the total prejudgment damages including supplemental damages; and

    (c) Post-judgment interest at the Treasury bill rate as defined in 28 U.S.C. § 1961(a), compounded annually, applied to the total prejudgment damages including prejudgment interest.

(2) A revised proposed permanent injunction, wherein:

    (a) Defendant is not required to provide notice to companies to which it "intends in the future to directly or indirectly sell" the enjoined products; and

    (b) The effective date of the permanent injunction is two weeks from its entry.

Entered this 24 day of July 2019.

/s/ Richard G. Andrews  
United States District Judge