

August 14, 2019

**VIA E-FILING**
The Honorable Richard G. Andrews
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801-3555

   Re: Bio-Rad Laboratories, Inc., et al. v. 10X Genomics, Inc.
     <u>C.A. No. 15-cv-152-RGA</u>

Dear Judge Andrews,

  Pursuant to Your Honor's August 12, 2019 Memorandum Order (D.I. 576), on behalf of the parties, enclosed please find the proposed Final Judgment and proposed Permanent Injunction.

  We are available at the Court's convenience should Your Honor have any questions.

          Respectfully submitted,

          /s/ Brian E. Farnan

          Brian E. Farnan

cc: Counsel of Record (via E-Mail)