

August 15, 2019

**VIA E-FILING**
The Honorable Richard G. Andrews
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801-3555

> Re:  Bio-Rad Laboratories, Inc., et al. v. 10X Genomics, Inc.
>      <u>C.A. No. 15-cv-152-RGA</u>

Dear Judge Andrews,

In its Emergency Motion for Approval of Supersedeas Bond and Stay Execution of Judgment (the "Motion"), Defendant asks the Court to order Plaintiff to respond to the Motion by 5 p.m. tomorrow. Defendant never made this request to Plaintiff and, in fact, did not inform Plaintiff of the urgency of its Motion until shortly before it was filed.

Regardless, Plaintiff agrees to respond to the Motion by tomorrow at 5 p.m. We are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

/s/ Brian E. Farnan

Brian E. Farnan

cc: Counsel of Record (via E-mail)

919 N. MARKET STREET, 12TH FLOOR, WILMINGTON, DE 19801
PHONE: (302) 777-0300 • FAX: (302) 777-0301 • WWW.FARNANLAW.COM