## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIO-RAD LABORATORIES, INC. and THE UNIVERSITY OF CHICAGO<br><br>Plaintiffs,<br><br>v.<br><br>10X GENOMICS, INC.<br><br>Defendant. | Civ. A. No. 15-152-RGA |

## FINAL JUDGMENT

This 15th day of August 2019, the Court having held a jury trial, and the jury having rendered a verdict, pursuant to Fed. R. Civ. P. 58(b)(2), IT IS HEREBY ORDERED that:

Judgment in the amount of $34,475,069 is entered for Plaintiffs Bio-Rad Laboratories, Inc. and The University of Chicago and against Defendant 10X Genomics, Inc. on the Second, Third, and Fifth Counts of the Third Amended Complaint. (D.I. 85). This includes the $23,930,718 verdict award, $8,341,368 in supplemental damages through the date of verdict, and $2,202,983 in interest through August 15, 2019. Judgment is further entered in the amount of $1,681 per day for Plaintiffs Bio-Rad Laboratories, Inc. and The University of Chicago and against Defendant 10X Genomics, Inc. in post-judgment interest that will accrue from this day forward until the monetary judgment is fully paid.

Judgment is entered for Plaintiffs Bio-Rad Laboratories, Inc. and The University of Chicago and against Defendant 10X Genomics, Inc. on the Third, Fourth, Fifth, Sixth, Ninth, and Tenth Counterclaims of 10X Genomics, Inc.'s Answer and Counterclaims to Plaintiffs' Third Amended Complaint. (D.I. 87).

All other claims and counterclaims are dismissed and the parties take nothing from them.

_____
United States District Judge