

Frederick L. Cottrell, III
Director
302-651-7509
Cottrell@rlf.com

August 20, 2019

**BY CM/ECF AND HAND DELIVERY**
The Honorable Richard G. Andrews
United States District Court
District of Delaware
844 North King Street
Wilmington, DE  19801-3555

      Re: *Bio-Rad Laboratories, Inc. v. 10X Genomics, Inc.*, C.A. No. 15-152-RGA

Dear Judge Andrews:

10X has respectfully moved for reconsideration of the Court's Order setting the supersedeas bond amount at $52 million (D.I. 586). 10X's motion for reconsideration also addresses Plaintiffs' recent August 20 letter regarding the bond amount (D.I. 588). 10X requests a short oral argument pursuant to Local Rule 7.1.4 because 10X believes the Court would benefit from a hearing to establish a fair bond amount to secure the monetary relief that has actually been awarded.

Counsel is available at the Court's convenience if Your Honor has questions concerning this matter.

                                          Respectfully,

                                          */s/ Frederick L. Cottrell, III*

                                          Frederick L. Cottrell, III (#2555)

    FLC,III/jjr
    cc:  All Counsel of Record (via CM/ECF and email)