NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BIO-RAD LABORATORIES, INC., THE UNIVERSITY OF CHICAGO,**
*Plaintiffs-Appellees*

v.

**10X GENOMICS INC.,**
*Defendant-Appellant*

---

2019-2255, -2285

---

Appeals from the United States District Court for the District of Delaware in No. 1:15-cv-00152-RGA, Judge Richard G. Andrews.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

10x Genomics, Inc. submits a motion for a stay, pending appeal, of the permanent injunction issued by the United States District Court for the District of Delaware (ECF No. 9 in Appeal No. 2019-2285). 10x Genomics also requests an interim stay pending this court's ruling on the motion for a stay.

2         BIO-RAD LABORATORIES, INC. v. 10X GENOMICS INC.

Upon consideration thereof,

IT IS ORDERED THAT:

Any response to the motion shall be filed no later than 9:00 a.m. on August 26, 2019. Any reply in support of the motion is due no later than 5:00 p.m. on August 27, 2019.

FOR THE COURT

August 22, 2019          /s/ Peter R. Marksteiner
     Date                Peter R. Marksteiner
                         Clerk of Court

s32