## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIO-RAD LABORATORIES, INC. and THE UNIVERSITY OF CHICAGO<br><br>Plaintiffs,<br><br>v.<br><br>10X GENOMICS, INC.<br><br>Defendant. | C.A. No. 15-152-RGA<br><br>**REDACTED**<br>**PUBLIC VERSION** |

**DECLARATION OF BRIAN E. FARNAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER SETTING SUPERSEDEAS BOND AMOUNT AT $52 MILLION**
**(D.I. 586)**

I, Brian E. Farnan, declare:

1. I am an attorney with the law firm of Farnan LLP, counsel of record for plaintiffs Bio-Rad Laboratories, Inc. and The University of Chicago (collectively "Plaintiffs") in the above-captioned matter. The matters referred to in this declaration are based on personal knowledge and information and belief. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. Exhibit 1 is a true and correct copy of e-mail correspondence between counsel for Plaintiffs and counsel for defendant 10x Genomics, Inc. ("10x"), dated August 29, 2019.

3. Exhibit 2 is a true and correct copy of an excerpt from defendant 10X's Form S-1 Registration Statement (IPO Prospectus), dated August 19, 2019.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 4, 2019 at Wilmington, Delaware.

/s/ Brian E. Farnan
Brian E. Farnan
