IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIO-RAD LABORATORIES, INC. and <br> THE UNIVERSITY OF CHICAGO, <br> <br> Plaintiffs, <br> v. <br> <br> 10X GENOMICS, INC., <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 15-152-RGA <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF LODGING OF SUPERSEDEAS BOND**

WHEREAS, on August 15, 2019, Defendant 10X Genomics, Inc. ("10X") moved under Fed. R. Civ. P. 62(b) for approval of a supersedeas bond to stay execution of judgment or proceedings to enforce it in this action (D.I. 579), attaching a proposed form of bond;

WHEREAS, on August 15, 2019, the Court entered a Final Judgment (D.I. 582) in this action in the amount of $34,475,069 for Plaintiffs Bio-Rad Laboratories, Inc. and The University of Chicago and against 10X;

WHEREAS, on August 19, 2019, after review of 10X's motion for approval of a supersedeas bond, the Court directed 10X to post a bond in the amount of $52,000,000 (D.I. 586);

WHEREAS, on August 20, 2019, 10X moved for reconsideration (D.I. 589), requesting that the Court reconsider the amount of bond and order a bond of $35,088,725;

WHEREAS, the Court has not yet ruled on 10X's motion for reconsideration; and

WHEREAS, in the absence of a ruling on 10X's motion for reconsideration, 10X has secured the bond the Court previously ordered to comply with the Court's existing order of August 19, 2019, and the Federal Rules of Civil Procedure, Rule 62(b);

NOW, THEREFORE, 10X, pursuant to Fed. R. Civ. P. 62(b) and the Court's Order of August 19, 2019 (D.I. 586), hereby provides notice of lodging with the Court a supersedeas bond

in the amount of $52,000,000.  A copy of the bond is attached as Exhibit A.

*Of Counsel*:

ORRICK HERRINGTON &
   SUTCLIFFE LLP

E. Joshua Rosenkranz
(jrosenkranz@orrick.com)
Melanie L. Bostwick
(mbostwick@orrick.com)
Elizabeth R. Moulton
(emoulton@orrick.com)
51 West 52nd Street
New York, NY 10019-6142
(212) 506-5380

TENSEGRITY LAW GROUP LLP

Matthew Powers
(matthew.powers@tensegritylawgroup.com)
Robert Gerrity
(robert.gerrity@tensegritylawgroup.com)
Daniel Radke
(Daniel.radke@tensegritylawgroup.com)
555 Twin Dolphin Drive
Suite 650
Redwood Shores, CA 94065
(650) 802-6000

Azra Hadzimehmedovic
(azra@tensegritylawgroup.com)
8260 Greensboro Dr.
Suite 260
McLean, VA 22102
(703) 940-5031

Nicholas Groombridge
David Ball
Jennifer H. Wu
Josephine Young
Jennifer R. Deneault
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Jason J. Rawnsley (#5379)
Alexandra M. Ewing (#6407)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, DE 19801
(302) 651-7550
cottrell@rlf.com
rawnsley@rlf.com
ewing@rlf.com

*Attorneys for Defendant 10X Genomics, Inc.*

New York, NY  10019-6064
(212) 373-3000

Dated: September 13, 2019