

Frederick L. Cottrell, III
Director
302-651-7509
Cottrell@rlf.com

September 11, 2019

**BY CM/ECF AND HAND DELIVERY**
The Honorable Richard G. Andrews
United States District Court
District of Delaware
844 North King Street
Wilmington, DE 19801-3555

**PUBLIC REDACTED VERSION**

Re: *Bio-Rad Laboratories, Inc. v. 10X Genomics, Inc.*, C.A. No. 15-152-RGA

Dear Judge Andrews:

Pursuant to Section V of the Court's Amended Permanent Injunction, 10X submits Exhibit A hereto as the "notice stating the names and addresses of each party that it has notified in compliance with this section" of the Court's Order. D.I. 578 at 6. In addition, 10X provided the required notice to its employees by emailing ███████████████████████, which covers all employees of the company.

Respectfully,

*/s/ Frederick L. Cottrell, III*

Frederick L. Cottrell, III (#2555)

FLC,III/jjr
cc: All Counsel of Record (via email)