NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BIO-RAD LABORATORIES, INC., THE UNIVERSITY OF CHICAGO,**
*Plaintiffs-Appellees*

v.

**10X GENOMICS INC.,**
*Defendant-Appellant*

---

2019-2255, -2285

---

Appeals from the United States District Court for the District of Delaware in No. 1:15-cv-00152-RGA, Judge Richard G. Andrews.

---

**ON MOTION**

---

Before PROST, *Chief Judge*, O'MALLEY and REYNA, *Circuit Judges*.

REYNA, *Circuit Judge*.

### O R D E R

10x Genomics, Inc. moves for a stay, pending appeal, of the permanent injunction issued by the United States

District Court for the District of Delaware. Bio-Rad Laboratories, Inc. opposes the motion. 10x Genomics replies.

On August 26, 2019, the court ordered a stay of the district court's injunction to the extent that while the court considered the motions papers, it allowed 10x Genomics to continue to sell its Linked-Reads and CNV products subject to the royalty and deposit requirements set forth in Section III of the district court's injunction order. 10x Genomics indicates that, while it did not immediately have available to offer to new customers an instrument that would be capable of running only those products, it could, in a matter of weeks, implement such a solution.

Rule 8(a)(2) of the Federal Rules of Appellate Procedure authorizes this court to grant a stay pending appeal. Our determination is governed by four factors: (1) whether the movant has made a strong showing of likelihood of success on the merits; (2) whether the movant will be irreparably injured; (3) whether issuance of the injunction will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies. *See Nken v. Holder*, 556 U.S. 418, 434 (2009).

Without prejudicing the ultimate disposition of this case by a merits panel, we conclude based upon the papers submitted that the relief granted by this court in its August 26, 2019 order should remain in effect during the pendency of the appeal. The motion is otherwise denied.

Accordingly,

IT IS ORDERED THAT:

The motion is granted to the extent provided herein.

BIO-RAD LABORATORIES, INC. v. 10X GENOMICS INC.                              3

                                                                          FOR THE COURT

September 24, 2019                     /s/ Peter R. Marksteiner
      Date                              Peter R. Marksteiner
                                         Clerk of Court

s32