IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIO-RAD LABORATORIES, INC., et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 15-152-RGA |
| : | |
| 10X GENOMICS, INC., : | |
| : | |
| Defendant. : | |

**ORDER**

Defendant filed an emergency motion for approval of a supersedeas bond and stay of execution of judgment (D.I. 579) on August 15. The motion requested a supersedeas bond in the amount of $35 million. (D.I. 579-1). Plaintiff responded on the merits the next day, requesting that the amount be $52 million. (D.I. 584 at 2). Defendant replied on August 19. (D.I. 585). Later the same day, I entered an order setting the amount at $52 million. (D.I. 586). The next day, Defendant moved for reconsideration. (D.I. 589). Plaintiffs opposed on September 4. (D.I. 599). On September 13, Defendant provided notice that it had lodged a supersedeas bond in the amount of $52 million. (D.I. 605).

As to the motion for stay of execution of judgment, to the extent I have not done so already, any execution or enforcement of the judgment is **STAYED** pursuant to Federal Rule of Civil Procedure 62, and no execution of the judgment shall be made before completion of any appeal, and for thirty days thereafter. As to the motion for reconsideration (D.I. 589), I do not

Case 1:15-cv-00152-RGA   Document 608   Filed 10/10/19   Page 2 of 2 PageID #: 45244

believe it meets the Third Circuit's standard for granting reconsideration, *see Lazaridis v. Wehmer*, 591 F.3d 666, 669 (3d Cir. 2010), and it is therefore **DENIED**.[1]

IT IS SO ORDERED this 10 day of October 2019.

/s/ Richard G. Andrews
United States District Judge

---

[1] I doubt that the motion is moot because I assume that if the supersedeas bond were set at $35 million, Defendant could substitute a bond in a lesser amount, and such a bond would cost Defendant less.