IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIO-RAD LABORATORIES, INC. and THE UNIVERSITY OF CHICAGO,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>10X GENOMICS, INC.,<br><br>　　　　　　Defendant. | C.A. No. 15-152-RGA<br><br>**PUBLIC REDACTED VERSION** |

### STIPULATION FOR AN EXCEPTION AND LIMITED EMERGENCY RELIEF FROM THE AMENDED PERMANENT INJUNCTION

WHEREAS, the Court ordered an Amended Permanent Injunction (D.I. 578) on August 14, 2019;

WHEREAS, the Court contemplated continuing research with historical installed Chromium instruments as outside the scope of the permanent injunction;

WHEREAS, 10X represents that Vanderbilt University has a permitted historical installed Chromium instrument and was permitted to continue research under the Amended Permanent Injunction;

WHEREAS, Vanderbilt University has been tasked by the United States government on emergency status to respond to the Wuhan coronavirus outbreak by studying the virus to develop a vaccine or cure, as explained in the letter and declaration from James E. Crowe, Director of the Vanderbilt Vaccine Center at Vanderbilt University Medical Center, attached hereto as Exhibit A ("Crowe Letter and Declaration");

WHEREAS, Vanderbilt University has requested from 10X a second Chromium instrument to perform its obligations to the United States government and continue its ongoing research;

WHEREAS, 10X Genomics, Inc. ("10X") seeks an exception to the Amended Permanent Injunction to respond to this request for a second Chromium instrument by Vanderbilt University;

WHEREAS, 10X has agreed to comply with the royalty accrual and escrow provisions of the Historical Installed Base provisions of the Amended Permanent Injunction;

WHEREAS, 10X has agreed not to use Bio-Rad's consent offensively in any of the parties' litigation;

WHEREAS, in reliance on these representations, Bio-Rad has agreed to this arrangement on a one-time basis;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Bio-Rad Defendant 10X, through their respective counsel of record, that 10X may provide Vanderbilt University with a legacy-compatible Chromium Instrument as an exception to the Amended Permanent Injunction.

| | |
|---|---|
| */s/ Brian E. Farnan* | */s/ Frederick L Cottrell, III* |
| Brian E. Farnan (#4089) | Frederick L. Cottrell, III (#2555) |
| Michael J. Farnan (#5165) | Jason J. Rawnsley (#5379) |
| Farnan LLP | Alexandra M. Ewing (#6407) |
| 919 North Market Street, 12th Floor | Richards, Layton & Finger, P.A. |
| Wilmington, DE 19801 | 920 North King Street |
| (302) 777-0300 | Wilmington, DE 19801 |
| bfarnan@farnanlaw.com | (302) 651-7700 |
| mfarnan@farnanlaw.com | cottrell@rlf.com |
| | rawnsley@rlf.com |
| *Attorneys for Plaintiffs Bio-Rad Laboratories, Inc. and the University of Chicago* | ewing@rlf.com |
| | *Attorneys for Defendant 10X Genomics, Inc.* |
| Dated: January 31, 2020 | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2020, true and correct copies of the forgoing document were caused to be served on the following counsel of record as indicated:

| | |
|---|---|
| **VIA EMAIL** | **VIA EMAIL** |
| Brian E. Farnan | Edward R. Reines |
| Michael Farnan | Derek C. Walter |
| FARNAN LLP | Amanda Branch |
| 919 N. Market St., 12th Floor | Christopher S. Lavin |
| Wilmington, DE 19801 | WEIL, GOTSHAL &MANGES LLP |
| (302) 777-0300 | 201 Redwood Shores Parkway |
| bfarnan@farnanlaw.com | Redwood Shores, CA 94065 |
| mfarnan@farnanlaw.com | (650) 802-3000 |
| | raindance10xservice@weil.com |

/s/ *Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)