# EXHIBIT A

# VANDERBILT School of Medicine
*Vanderbilt Vaccine Center*

January 30, 2020

Brian Fritz
10XGenomics

Re: Wuhan coronavirus emergency studies

Dear Brian:

As you know, I am one of your customers, James Crowe MD, Director, Vanderbilt Vaccine Center, Vanderbilt University Medical Center, Nashville, TN; our research group's interests include studies of viral immunology and antibody sciences, with an aim to discovery of mechanisms important to develop new therapeutics and vaccines. Our group has a particular expertise in responding to emerging infections. We have been tasked by the US government (USG) on emergency status to respond the Wuhan coronavirus outbreak. We have an urgent request to meet our USG contractual obligations, as follows:

- Vanderbilt Vaccine Center owns a 10x Genomics Chromium instrument that is compatible only with 10x's legacy applications.
- Vanderbilt Vaccine Center is receiving samples of blood cells from victims of the deadly coronavirus that is now creating a worldwide public health crisis.  Vanderbilt has an urgent need to use 10x's legacy Single Cell Immune Profiling assay to study the coronavirus.  The 10x Chromium Controller is the only instrument that is capable of doing this work.
- On Jan 28,2020, we secured approval from our IBC to intake samples into the BSL3 at Vanderbilt. CONFIDENTIALLY, [REDACTED], we will need to have dual capabilities in place to manage both BSL3 and our "normal" (BSL2) virus-negative samples. Therefore, on an emergency basis, Vanderbilt with our IBC approval must move our Chromium instrument into a Biosafety Level 3 (BSL3) laboratory that provides a safe, enclosed environment where samples containing the virus (or of indeterminant virus status) can be studied.  However, for safety reasons, once the instrument is moved there it cannot be removed or used for any other purpose.  What we require is a second instrument that has the exact same legacy workflow capabilities that we already have in the lab as an existing (grandfathered in) customer.  We cannot change reagent types and workflows while we are in the middle of an emergency response to a global outbreak. And, for proper interpretation within a single response effort, it is required that the data from BSL2 and BSL3 samples are generated with exactly the same technology. Therefore, we require an additional legacy instrument.
- Vanderbilt Vaccine Center also has other important, ongoing federally funded research projects relating to urgent universal influenza and other infectious diseases and antibody discovery research that depend on the use of 10x's legacy assays and instrument, and for which there is no adequate substitute (including Next GEM).  This BSL2 research also would suffer a major setback if the use of the 10x legacy instrument, as is it could not be continued.
- Vanderbilt Vaccine Center is requesting that 10x replace the legacy instrument so that its research can continue.

Sincerely,

*[signature]*

James E. Crowe, Jr., M.D.
Director, Vanderbilt Vaccine Center
Ann Scott Carell Chair
Professor, Departments of Pediatrics and Pathology, Microbiology and Immunology

I, James E. Crowe, Jr., M.D., declare:

1. I am the Director of the Vanderbilt Vaccine Center, Vanderbilt University Medical Center, Nashville, Tennessee, and Professor, Pediatrics and Pathology, Microbiology and Immunology, and Ann Scott Carell Chair at Vanderbilt University. My laboratory performs a broad portfolio of work in the area of viral immunology and antibody sciences, with an aim to discovery of mechanisms important to develop new therapeutics and vaccines. My laboratory's work has been published in over 300 publications in high quality journals including, *Cell*, *Nature*, *Science*, *Nature Medicine*, *Proceedings of the National Academy of Sciences USA*, the *New England Journal of Medicine*, and *JAMA*.

2. Our group at the Vanderbilt Vaccine Center has a particular expertise in responding to emerging infections. We have been tasked by the United States government on emergency status to respond the Wuhan coronavirus outbreak that is now creating a worldwide public health crisis. For the following reasons, we have an urgent need for 10x Genomics to provide us with an additional Chromium instrument that is compatible with 10x's legacy applications in order to meet our obligations to the U.S. government.

3. Vanderbilt Vaccine Center has been a customer of 10x Genomics since 2017. The Vanderbilt Vaccine Center currently owns a 10x Genomics Chromium instrument that is compatible with 10x's legacy (*i.e.*, non-Next GEM) applications.

4. Vanderbilt Vaccine Center is expected to immediately receive samples of blood cells from victims of the Wuhan coronavirus. Vanderbilt has an urgent need to use 10x legacy Single Cell Immune Profiling assay to study the coronavirus for the purpose of understanding how the human immune system reacts to the coronavirus, with the ultimate goal to develop a vaccine or cure. The 10x Chromium Immune Profiling Solution, which provides the capability to study

immune cell-pathogen interactions on a massively parallel single cell level, is the only product that is capable of doing this work.

5. We have secured approval from our Institutional Biosafety Committee to intake samples into the Biosafety Level-3 ("BSL3") at Vanderbilt. The BSL3 laboratory provides a safe, enclosed environment where samples containing the virus (or of indeterminant virus status) can be studied. Therefore, on an emergency basis, we must move our current Chromium instrument into the BSL3 laboratory so that it can be used to study the coronavirus samples. Once this instrument is moved into the BSL3 laboratory, for safety reasons it cannot be removed or used for any other purpose.

6. However, having a single Chromium instrument in the BSL3 facility is insufficient for our studies of the coronavirus. Our experimental design requires that we study "normal" virus-negative samples as controls for comparison to the coronavirus samples. These studies of "normal" samples are conducted in a separate Biosafety Level-2 ("BSL2") laboratory and cannot be performed in the BSL3 laboratory which is dedicated for dangerous biological agents. For proper interpretation within a single response effort, it is required that the data from BSL2 and BSL3 samples are generated with exactly the same technology. Thus, we require an additional 10x Chromium Controller for use in the BSL-2 laboratory which is identical in functionality to our existing instrument that is capable of running the legacy 10x Single Cell Immune Profiling assay.

7. Given the urgent nature of the coronavirus study, we cannot switch to using 10x's Next GEM assays for this work. Our workflows and have been optimized and validated for our current legacy Single Cell Immune Profiling assay. The samples being studied are precious (there are only five confirmed case survivors in the US currently), and we cannot risk any changes in our existing reagents types in the middle of an emergency response to a global outbreak.

8.      Vanderbilt Vaccine Center also has other important, ongoing federally funded research projects relating to urgent universal influenza and other infectious diseases and antibody discovery research that depend on the use of 10x's legacy assays and instrument, and for which there is no adequate substitute. This research, which would take place in our BSL-2 laboratory, also would suffer a major setback if the use of our instrument as is it could not be continued.

9.      For all of these reasons, Vanderbilt Vaccine Center is requesting that 10x provide us with an additional legacy-compatible Chromium instrument.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on January 30, 2020.

_____
James E. Crowe, Jr., M.D.

- 3 -