NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**BIO-RAD LABORATORIES, INC., THE UNIVERSITY OF CHICAGO,**
*Plaintiffs-Appellees*

v.

**10X GENOMICS INC.,**
*Defendant-Appellant*

_____

2019-2255, 2019-2285

_____

Appeals from the United States District Court for the District of Delaware in No. 1:15-cv-00152-RGA, Judge Richard G. Andrews.

_____

**ON PETITION FOR REHEARING EN BANC**

_____

Before PROST, *Chief Judge*, NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, HUGHES, and STOLL, *Circuit Judges*.

PER CURIAM.

### O R D E R

Appellant 10X Genomics Inc. filed a petition for rehearing en banc. The petition was first referred as a petition

2            BIO-RAD LABORATORIES, INC. v. 10X GENOMICS INC.

for rehearing to the panel that heard the appeal, and thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

The mandate of the court will issue on November 12, 2020.

FOR THE COURT

November 4, 2020       /s/ Peter R. Marksteiner
       Date             Peter R. Marksteiner
                         Clerk of Court