# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE UNIVERSITY OF CHICAGO and BIO-RAD LABORATORIES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>10X GENOMICS, INC.<br><br>Defendant. | Civ. A. No. 15-152-RGA |

### PLAINTIFFS THE UNIVERSITY OF CHICAGO AND BIO-RAD LABORATORIES, INC.'S NOTICE OF SATISFACTION OF JUDGMENT

Pursuant to the Stipulation And Order Releasing And Discharging Supesedeas Bond [D.I. 630], Defendant 10X Genomics, Inc. has paid Plaintiff Bio-Rad Laboratories, Inc. in the amount of $35,300,440 in satisfaction of the amount identified in the Final Judgment [D.I. 582]. Plaintiffs continue to seek additional compensation.

Dated: January 6, 2021

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: 302-777-0300
Facsimile: 302-777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Edward R. Reines (admitted *pro hac vice*)
Derek C. Walter (admitted *pro hac vice*)
Amanda Branch (admitted *pro hac vice*)
Christopher S. Lavin (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP

201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000
edward.reines@weil.com
derek.walter@weil.com
amanda.branch@weil.com
christopher.lavin@weil.com

Robert T. Vlasis III (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
(202) 682-7024
robert.vlasis@weil.com

*Attorneys for Plaintiffs*