# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE UNIVERSITY OF CHICAGO and BIO-RAD LABORATORIES, INC.<br><br>    Plaintiffs,<br><br>    v.<br><br>10X GENOMICS, INC.<br><br>    Defendant. | C.A. No. 15-cv-152-RGA |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Delaware Local Rule 83.7, the appearance of Christopher S. Lavin of Weil, Gotshal & Manges LLP as counsel for Plaintiffs Bio-Rad Laboratories, Inc. and The University of Chicago is hereby withdrawn. Weil, Gotshal & Manges LLP and Farnan LLP will continue to represent Plaintiffs Bio-Rad Laboratories, Inc. and The University of Chicago.

Dated: May 18, 2021

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: 302-777-0300
Facsimile: 302-777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Edward R. Reines (admitted *pro hac vice*)
Derek C. Walter (admitted *pro hac vice*)
Amanda Branch (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway

Redwood Shores, CA  94065
(650) 802-3000
edward.reines@weil.com
derek.walter@weil.com
amanda.branch@weil.com

Robert T. Vlasis III (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
(202) 682-7024
robert.vlasis@weil.com

*Attorneys for Plaintiffs*