OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

John A. Cerino
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 4, 2021

| | |
|---|---|
| Brian E. Farnan | Jason James Rawnsley |
| Farnan LLP | Richard, Layton & Finger, PA |
| 919 North Market Street | One Rodney Square |
| 12th Floor | Suite 600 |
| Wilmington, DE 19801 | 920 N. King Street |
| | Wilmington, DE 19801 |

RE:   Bio-Rad Laboratories, Inc. et al v. 10X Genomics Inc.
       C.A. 15-152-RGA

Dear Counsel:

The Clerk's office is returning and/or disposing of exhibits located in its storage area in accordance with the Court's Local Rule 79.1 (b)(2). We presently possess trial exhibits for the above referenced case (see D.I. 485). As this case is closed, we would like to remove these exhibits from our storage area.

Please advise me no later than **August 18, 2021,** whether you wish to retrieve the exhibits or have them discarded. If the latter, I will need written consent. Retrieval of the exhibits may be arranged by contacting me at 573-4536.

Very truly yours,
John A. Cerino, Clerk

/s/ Leigh Kilpatrick
Courtroom Deputy